**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NOBELBIZ, INC. <br><br> Plaintiff, <br><br> v. <br><br> T C N, INC., <br><br> Defendant. | Civil Action No. 6:12-cv-00247-MHS |

## REPLY TO COUNTERCLAIMS

1. Plaintiff, NobelBiz, Inc. ("NobelBiz"), by and through its counsel, Capshaw DeRieux, L.L.P. and Gibbons P.C., as for its reply to Defendant, T C N, Inc.'s ("TCN" or "Defendant") counterclaims dated May 9, 2013,[1] hereby states as follows:[2]

## THE PARTIES

2. Admitted.

3. Admitted.

## JURISDICTION AND VENUE

4. NobelBiz maintains that jurisdiction and venue are proper in this Court. Except as so admitted, NobelBiz denies each and every allegation in Paragraph No. 4.

5. Admitted.

---

[1] NobelBiz notes that TCN's May 9, 2013 Counterclaims (Dkt. 62) are identical to TCN's May 25, 2012 Counterclaims (Dkt. 15) and thus have not been "amended," *per se*.

[2] The paragraphs herein conform with those of TCN's May 9, 2013 Counterclaims, Dkt. 62, ¶¶ 1-22.

## FACTUAL BACKGROUND

6. NobelBiz has insufficient knowledge or information to form a belief about the truth of this allegation.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

## COUNT I

### Declaratory Judgment Of Non-Infringement Of U.S. 8,135,122

13. This statement does not call for an affirmative response. NobelBiz restates and incorporates by reference paragraphs 1 through 12 as if stated fully herein.

14. Admitted.

15. This statement does not call for an affirmative response.

16. Denied.

## COUNT TWO

### Declaration Of Invalidity Of U.S. 8,135,122

17. This statement does not call for an affirmative response. NobelBiz restates and incorporates by reference paragraphs 1 through 16 as if stated fully herein.

18. Admitted.

19. This statement does not call for an affirmative response.

20. Denied.

21. Denied.

## JURY DEMAND

22. NobelBiz does not oppose a trial by jury of any issue so triable.

## PRAYER FOR RELIEF

23. NobelBiz denies that TCN is entitled to any of the relief requested in its Prayer for Relief.

## AFFIRMATIVE DEFENSES

24. NobelBiz incorporates Count 1 of NobelBiz's Amended Complaint (Dkt. 60) as if fully set forth herein.

### First Affirmative Defense

25. TCN's Counterclaims fail to state a claim upon which relief can be granted.

26. NobelBiz reserves the right to amend its Affirmative Defenses.

DATED:  May 29, 2013               By:  /s/ Elizabeth DeRieux
                                        S. Calvin Capshaw, III
                                        Texas Bar No. 03783900
                                        Elizabeth L DeRieux
                                        Texas Bar No. 05770585
                                        D. Jeffrey Rambin
                                        Texas Bar No. 00791478
                                        **CAPSHAW DERIEUX LLP**
                                        114 E. Commerce Avenue
                                        Gladewater, TX 75647
                                        Phone: (903) 233-4816
                                        Facsimile: (903) 236-8787
                                        Email: ccapshaw@capshawlaw.com
                                        Email: ederieux@capshawlaw.com
                                        Email: jrambin@capshawlaw.com

Of Counsel:

Ralph A. Dengler *pro hac vice*
Todd M. Nosher *pro hac vice to be filed*
Andrew P. MacArthur *pro hac vice*
**GIBBONS, P.C.**
One Gateway Center
Newark, NJ 07102
Phone: (973) 596-4825
Facsimile: (973) 639-6381
Email: rdengler@gibbonslaw.com
Email: tnosher@gibbonslaw.com
Email:  amacarthur@gibbonslaw.com

*Attorneys for Plaintiff, NobelBiz, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 29th day of May, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                           /s/ Elizabeth L. DeRieux