# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **NOBELBIZ, INC.** <br><br> v. <br><br> **GLOBAL CONNECT, L.L.C.** | Case No. 6:12-cv-244-MHS |
| v. <br><br> **T C N, INC.** | Case No. 6:12-cv-247-MHS |

## ORDER ON LETTER BRIEFS

Under the Court's Second Amended Scheduling and Discovery Order (Doc. No. 121), the parties must obtain leave of Court before filing any summary judgment motions. Defendants have filed letter briefs seeking leave to file summary judgment motions. The Court makes the following rulings on Defendants' pending requests:

- Defendant Global Connect, LLC's request for leave to file a motion for summary judgment (6:12-cv-244, Doc. No. 118) is **GRANTED IN PART** as to the noninfringement and invalidity issues and **DENIED IN PART** as to the lost profits issue.

- Defendant T C N, Inc.'s LLC's request for leave to file a motion for summary judgment (6:12-cv-247, Doc. No. 108) is **GRANTED IN PART** as to the noninfringement and invalidity issues and **DENIED IN PART** as to the lost profits issue.

Each Defendant is limited to a single motion that must address both the non-infringement issue and the invalidity issue. Defendants are to adhere to the strict page limitations proscribed by the Local Rules. *See* Local Rule CV-7(a)(3).

**It is SO ORDERED.**

**SIGNED this 3rd day of February, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE