# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| NOBELBIZ, INC., <br><br> v. <br><br> GLOBAL CONNECT, L.L.C. | § § § § § § § | CIVIL ACTION NO. 6:12-cv-244-RWS (LEAD CASE)(CONSOLIDATED WITH 6:13-CV-804) |
| NOBELBIZ, INC., <br><br> v. <br><br> T C N, INC. | § § § § § § § | CIVIL ACTION NO. 6:12-cv-247- RWS (LEAD CASE)(CONSOLIDATED WITH 6:13-CV-805) |

## JOINT ADMINISTRATIVE MOTION
## REGARDING TRIAL SCHEDULE

Defendants, Global Connect, L.L.C. and TCN, Inc., and Plaintiff NobelBiz, Inc. file this Joint Administrative Motion Regarding Trial Schedule and would respectfully show the Court as follows:

The Pretrial Conference and Trial Setting in the above captioned actions was cancelled by Judge Schneider and has not yet been reset. The parties had anticipated that trial in the above captioned actions would proceed in March 2015.

Defendants recently became aware of a situation that will make trial in NobelBiz, Inc. v. Global Connect, LLC, Civil Action No. 6:12-cv-244-RWS, difficult in March. Craig Bird is the CEO of Global Connect and his wife is currently suffering from cancer. Mr. Bird, of course, wishes to be present at trial. Unfortunately, Mr. Bird's wife has had some significant complications in her recovery that have significantly set back her treatment schedule and changed Mr. Bird's availability in March. Specifically, Mrs. Bird's chemotherapy treatments must resume shortly and will continue through the end of April. Mr. Bird will need to be her

caregiver for the following 30 days and accompany her to multiple doctor visits. Mr. Bird estimates that he will be able to leave town for trial toward the end of May or the beginning of June.

Plaintiff and its counsel have been understanding of this new development and have agreed to stipulate to the instant motion to schedule trial in NobelBiz, Inc. v. Global Connect, LLC, Civil Action No. 6:12-cv-244-RWS, for late May or early June of 2015, at the Court's convenience.

In doing so, Plaintiff also respectfully requests that NobelBiz, Inc. v. Global Connect, LLC, Civil Action No. 6:12-cv-244-RWS, be tried together with NobelBiz, Inc. v. TCN, Inc., Civil Action No. 6:12-cv-247-RWS to conserve judicial resources. NobelBiz set forth this request in Dkt. No. 270, at 15-17 in 6:12-cv-244-RWS and Dkt. No. 250, at 15-17 in 6:12-cv-247-RWS) (citing the same patents at issue; overlap of witnesses (including Defendants' expert); same trial exhibits and deposition designations; same invalidity defenses; and similar (if not the same) alleged non-infringement arguments). Defendants do not agree to a single trial for the four above-captioned actions. *Id.* at 17-18.

Accordingly, the parties respectfully request that actual trial in the above captioned actions be scheduled for late May or, at the latest, early June of 2015, at the Court's convenience. The parties, however, remain available in the meantime to schedule the Pretrial Conference and Trial Setting for both cases at the Court's convenience. The parties further agree that they will not seek additional adjournments of the trial.

Dated:  February 24, 2015  Respectfully submitted,

| | | |
|---|---|---|
| */s/Ralph A. Dengler* | /s/ *Clinton E. Duke* | /s/ *Clinton E. Duke* |
| Elizabeth L. DeRieux | Gregory J. Casas | Clinton E. Duke |
| Texas Bar No. 05770585 | Texas Bar No. 00787213 | Utah Bar No. 9,784 |
| **CAPSHAW DERIEUX LLP** | Email: casasg@gtlaw.com | Email: cduke@djplaw.com |
| 114 E. Commerce Avenue | Ross Spencer Garsson | DURHAM JONES & |
| Gladewater, TX 75647 | Email: garssonr@gtlaw.com | PINEGAR |
| Phone: (903) 236-9800 | Texas Bar No. 00784112 | 111East Broadway Ste 900 |
| Facsimile: (903) 236-8787 | 300 West 6th Street, Suite 2050 | Salt Lake City, Utah 84111 |
| Email: ederieux@capshawlaw.com | Austin, Texas 78701 | Telephone: (801) 415-3000 |
| | Telephone: 512.320.7200 | Facsimile: (801) 415-3500 |
| | Facsimile: 512.320.7210 | |
| Ralph A. Dengler | | Randall T. Garteiser |
| New York Bar No.:  2796712 | Clinton E. Duke | Texas Bar No. 24038912 |
| **VENABLE, L.L.P.** | Utah Bar No. 9,784 | rgarteiser@ghiplaw.com |
| Rockefeller Center | cduke@djplaw.com | Christopher A. Honea |
| 1270 Avenue of the Americas | **DURHAM JONES & PINEGAR** | Texas Bar No. 24059967 |
| Twenty-Fourth Floor | 111 East Broadway Ste 900 | chonea@ghiplaw.com |
| New York, NY 10020 | Salt Lake City, Utah 84111 | Christopher S. Johns |
| Telephone:  212.503.0655 | Telephone: (801) 415-3000 | Texas Bar No. 24044849 |
| Facsimile:  212.307.5598 | Facsimile: (801) 415-3500 | cjohns@ghiplaw.com |
| Email:  RADengler@Venable.com | | Kirk J. Anderson |
| *Attorneys for Plaintiff NobelBiz, Inc.* | *Attorneys for Global Connect, L.L.C* | Peter S. Brasher |
| | | California Bar No. 283992 |
| | | GARTEISER HONEA, P.C. |
| | | 218 N College Ave |
| | | Tyler, Texas 75702 |
| | | Telephone: (888) 908-4400 |
| | | Facsimile: (888) 908-4400 |
| | | *Attorneys for TCN Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 24th day of February, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Clinton E. Duke*
Clinton E. Duke

## **CERTIFICATE OF CONFERENCE**

  I hereby certify that counsel for plaintiff and counsel for defendants conferred regarding the instant motion. The instant motion is stipulated to and not opposed.

              /s/ *Clinton E. Duke*
              Clinton E. Duke