# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| NOBELBIZ, INC., | § | |
| | § | CIVIL ACTION NO. 6:12-cv-244-RWS |
| v. | § | (LEAD CASE)(CONSOLIDATED WITH |
| | § | 6:13-CV-804) |
| GLOBAL CONNECT, L.L.C. | § | |
| NOBELBIZ, INC., | § | |
| | § | |
| | § | CIVIL ACTION NO. 6:12-cv-247-RWS |
| v. | § | (LEAD CASE)(CONSOLIDATED WITH |
| | § | 6:13-CV-805) |
| | § | |
| T C N, INC. | § | |

## JOINT NOTICE OF ISSUES TO BE DISCUSSED BEFORE
## THE COURT ON SEPTEMBER 14, 2015

Plaintiff, NobelBiz, Inc. and Defendants, Global Connect, L.L.C. and TCN, Inc. hereby file this Notice to advise the Court of certain disputed issues for the Court's resolution prior to witness testimony on September 14, 2015.

Specifically, the parties seek to resolve: (*i*) objections to the demonstratives and anticipated testimony of Dr. Dewayne E. Perry and (*ii*) objections to a proposed demonstration by fact witness Mr. David Bethers.

NobelBiz has filed motions to address each of these disputes, filed shortly hereafter. At the time of granting its consent to file this notice, Defendants have not seen the objections filed herewith. Defendants, however, anticipate that they will oppose these motions.

The parties will be prepared to conduct argument on these issues prior to witness testimony.

Date:  September 13, 2015

**ATTORNEYS FOR PLAINTIFF NOBELBIZ, INC.**

 */s/ Elizabeth L. DeRieux*
Ralph A. Dengler (lead)
New York Bar No.:  2796712
Andrew P. MacArthur
New York Bar No.:  4573226
Gianna Cricco-Lizza
New York Bar No.: 5163647
**VENABLE, L.L.P.**
Rockefeller Center
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, NY 10020
Telephone:  212.503.0655
Facsimile:  212.307.5598
Email:  RADengler@Venable.com
        APMacArthur@Venable.com

William A. Hector
California Bar Number: 298490
New York Bar Number: 4825030
**VENABLE, L.L.P.**
505 Montgomery Street, Suite 1400
San Francisco, California 94111
Telephone: 415.653.3750
Facsimile: 415.653.3755
Email: WAHector@Venable.com

Elizabeth L. DeRieux
Capshaw DeRieux LLP
114 E Commerce Avenue
Gladewater, TX 75647
Texas Bar No. 05770585
Phone: 903.233.4816
Facsimile: 903.236.8787
Email: ederieux@capshawlaw.com

Respectfully submitted,

**ATTORNEYS FOR DEFENDANT GLOBAL CONNECT, L.L.C.**

 */s/ Clinton E. Duke by permission ELD*
Gregory J. Casas
Texas Bar No. 00787213
Ross Spencer Garsson
Texas Bar No. 00784112
Greenberg Traurig, LLP
300 West 6th Street, Ste 2050
Austin, TX 78701
Telephone: 512.320.7200
Facsimile: 512.320.7210
Email: casasg@gtlaw.com
        garssonr@gtlaw.com

Clinton E. Duke
Utah Bar No. 9,784
Joshua D. Chandler (*pro hac vice*)
Utah Bar No. 12,466
Durham Jones & Pinegar
111 East Broadway Ste 900
Salt Lake City, Utah 84111
Telephone: 801.415.3000
Facsimile: 801.415.3500
Email: cduke@djplaw.com

**ATTORNEYS FOR DEFENDANT TCN, INC.**

*/s/Clinton E. Duke by permission ELD*
Clinton E. Duke
Utah Bar No. 9,784
Joshua D. Chandler (*pro hac vice*)
Utah Bar No. 12,466
Durham Jones & Pinegar
111 East Broadway Ste 900
Salt Lake City, Utah 84111
Telephone: 801.415.3000
Facsimile: 801.415.3500
Email: cduke@djplaw.com

Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Christopher S. Johns
Texas Bar No. 24044849
cjohns@ghiplaw.com
Kirk J. Anderson
Peter S. Brasher
California Bar No. 283992
GARTEISER HONEA, P.C.
218 N College Ave
Tyler, Texas 75702
Telephone: (888) 908-4400
Facsimile: (888) 908-4400

**CERTIFICATE OF SERVICE**

     I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 13th day of September, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                */s/ Elizabeth L. DeRieux*
                                                Elizabeth L. DeRieux